IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

MARK R. JACKSON,

    Petitioner,

vs.                              CASE NO. 5:05cv140/RS-MD

JAMES R. MCDONOUGH,

    Respondent.
_____/

## ORDER

Before the court is the Magistrate Judge's Report and Recommendation (Doc. 11). Petitioner has not filed objections.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. The Petition for Writ of Habeas Corpus (Doc. 1) is denied and this action is dismissed.

3. The clerk is directed to close the file.

ORDERED on September 5, 2007.

                                  /S/ Richard Smoak
                                  **RICHARD SMOAK**
                                  **UNITED STATES DISTRICT JUDGE**